UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MARVIN MOSBY,

Petitioner,

v.

RENEE BAKER, et al.,

Respondents.

Case No. 3:14-cv-00251-MMD-WGC

ORDER

On July 26, 2017, this Court dismissed this 28 U.S.C. § 2254 habeas corpus petition as time-barred (ECF No. 35). Petitioner Marvin Mosby appealed, and the Ninth Circuit Court of Appeals reversed and remanded (ECF Nos. 37, 41). Therefore, the Court now reinstates a briefing schedule for the first-amended petition (ECF No. 24).

It is therefore ordered that Respondents must file a response to the petition, including potentially by a motion to dismiss, within 30 days of the date of entry of this order, with any requests for relief by Petitioner by motion otherwise being subject to the normal briefing schedule under the local rules (*see also* ECF No. 22).

It is further ordered that, in any answer filed on the merits, Respondents must specifically cite to and address the applicable state court written decision and state court record materials, if any, regarding each claim within the response as to that claim.

It is further ordered that Petitioner will have 30 days from service of the answer, motion to dismiss, or other response to file a reply or opposition, with any other requests for relief by Respondents by motion otherwise being subject to the normal briefing schedule under the local rules.

///

///

///

DATED THIS 18th day of March 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE