# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARVIN MOSBY,<br><br>    Petitioner,<br> v.<br>RENEE BAKER, *et al.*,<br><br>    Respondents. | Case No. 3:14-cv-00251-MMD-WGC<br><br>ORDER |

Marvin Mosby's 28 U.S.C. § 2254 habeas corpus petition is before the court on motions for extension of time by both parties. The Court finds good cause exists to grant both motions.

It is therefore ordered that respondents' motion for extension of time to file an answer to the petition (ECF No. 45) is granted *nunc pro tunc*.

It is further ordered that petitioner's motion for extension of time to file a reply in support of the answer (ECF No. 47) is granted *nunc pro tunc*.

DATED THIS 27th day of August 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE